IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAWON WATSON, | § | |
| | § | |
| Defendant Below, | § | No. 290, 2024 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. I.D. Nos. 2007011656 |
| | § | 2007011341 (K) |
| Appellee. | § | |

Submitted: August 13, 2024
Decided: August 26, 2024

## ORDER

On July 25, 2025, the appellant filed a letter deemed to be a notice of appeal from the Superior Court's order, docketed on June 18, 2024, denying the appellant's motion for modification of sentence. A notice of appeal must be timely filed to invoke the Court's appellate jurisdiction.[1] Under Supreme Court Rules 6 and 11, a timely notice of appeal would have been filed on or before July 18, 2024. The Senior Court Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed as untimely filed. On July 31, 2024, the Court received the certified mail receipt indicating that the notice to show cause had been delivered. The appellant having failed to respond to the notice to show cause within the required ten-day period, dismissal of this appeal is deemed to be unopposed.

---

[1] *Carr v. State*, 554 A.2d 778, 779 (Del. 1989).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice